UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-08881 |
| SANDY SMOLA-STRICKLER | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Lifting Automatic Stay

This matter coming before the court for hearing on THE ACACIA ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

THE ACACIA ASSOCIATION's Motion for Relief from Stay as to 9 Tanglewood Court, Indian Head Park, Illinois 60525 is granted.

The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 28, 2017

**Prepared by:**

#6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446