## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B16060058SVT

| | |
|---|---|
| IN RE: | CASE NO. 16-08881 |
| | CHAPTER 13 |
| Sandy M. Sandy M Smola-Strickler, | JUDGE Carol A. Doyle |
| aka Sandy M Strickler, aka Sandy M | |
| Smola, aka; | |

Debtor(s).

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY

On the motion of Wilmington Savings Fund Society, FSB, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Wilmington Savings Fund Society, FSB, its successors and/or assignees in the real property, commonly known as 9 Tanglewood Court, Indiana Head Park, IL 60525, shall continue in effect under the following conditions:

1. The debtor(s) shall make the following stipulation payments timely and directly to Wilmington Savings Fund Society, FSB. These payments include the to 7/01/2017 post-petition payment in the amount of $1,287.80, the post-petition payments from 8/1/2017 to 2/1/2018 post-petition payments in the amount of $1,171.86 each, post-petition attorney fees/costs in the amount of $1,031.00, with a suspense credit of $549.78, minus funds tendered by Debtor in the amount of $6,627.00, for a total post-petition default amount of $3,345.04. If any of the following payments are not received by its due date or are returned NSF, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default:

    a) $557.51 due on or before the end of the month plus the 03/01/2018 regular payment.
    b) $557.51 due on or before the end of the month plus the 04/01/2018 regular payment.
    c) $557.51 due on or before the end of the month plus the 05/01/2018 regular payment.
    d) $557.51 due on or before the end of the month plus the 06/01/2018 regular payment.
    e) $557.51 due on or before the end of the month plus the 07/01/2018 regular payment.
    f) $557.49 due on or before the end of the month plus the 08/01/2018 regular payment.

2. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraphs 1 and 2, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 9 Tanglewood Court, Indiana Head Park, IL 60525. Movant shall file a Notice of Termination with the Court in the event the stay is terminated pursuant to this paragraph.

4. In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Wilmington Savings Fund Society, FSB, to the offices of Anselmo Lindberg & Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $50.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED: MAR 13 2018

ENTER:

_____
Bankruptcy Judge

/s/ Nisha B. Parikh
Attorney for Creditor

/s/ Adam Bourdette
Attorney for Debtor(s)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120, Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Bankruptcy@AnselmoLindberg.com
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**