UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 16 B 08881
                                          CHAPTER 13
SANDY M SMOLA STRICKLER
                                          JUDGE CAROL A DOYLE

         DEBTOR                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  <u>BSI FINANCIAL SERVICES</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 7 | XXXXXX7675 | $42,461.15 | $25,000.00 | $25,000.00 |
| Total Amount Paid by Trustee |  |  |  |  | $25,000.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 16-08881-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 2nd day of May, 2019.

Debtor:
SANDY M SMOLA STRICKLER
9 TANGLEWOOD CT
INDIAN HEAD PARK, IL 60525

Attorney:
LEDFORD WU & BORGES
105 W MADISON 23RD FL
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Creditor:
BSI FINANCIAL SERVICES
314 S FRANKLIN ST
PO BOX 517
TITUSVILLE, PA 16354

Mortgage Creditor:
KEOUGH & MOODY
114 E VAN BUREN AVE
NAPERVILLE, IL 60540

Mortgage Creditor:
ANSELMO LINDBERG OLIVER
1771 W DIEHL RD #120
NAPERVILLE, IL 60563

Creditor:
WILMINGTON SAVINGS FUND
SOCIETY
% STATEBRIDGE COMPANY LLC
5680 GREENWOOD PLAZA BLVD
#100S
GREENWOOD VILLAGE, CO 80111

Mortgage Creditor:
WILMINGTON SAVINGS FUND
SOCIETY
% ANSELMO LINDBERG OLIVER
1771 W DIEHL RD #120
NAPERVILLE, IL 60563

ELECTRONIC SERVICE - United States Trustee

Date: May 02, 2019

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603